UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERT W. LAW,

           Plaintiff,

     v.

IRIS LEDESMA,

           Defendant.

Case No. 25-cv-10836-TSH

**ORDER TO SHOW CAUSE**

Plaintiff Bert Law filed this matter on December 19, 2025, at which time the case was scheduled for a case management conference on March 19, 2026. As of March 13, however, Plaintiff had made no further appearance, and the record contained no indication that Defendant had been served in accordance with Federal Rule of Civil Procedure 4. As such, the Court vacated the March 19 conference and ordered Plaintiff to file a status report by March 26, 2026. ECF No. 4. Plaintiff did not respond to the Court's order. Instead, the only subsequent filing is a proof of service filed on March 25, indicating Defendant Iris Ledesma was served on January 17, 2026. ECF No. 6. Plaintiff has otherwise made no appearance since initiating this action, and the record does not explain this lack of prosecution.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff Bert W. Law to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by April 16, 2026. Notice is hereby provided that failure to file a written response

United States District Court
Northern District of California

will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

The Court encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: April 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2