UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERT W. LAW,

          Plaintiff,

    v.

IRIS LEDESMA, et al.,

          Defendants.

Case No. 25-cv-10836-TSH

**ORDER GRANTING MOTION TO EXTEND TIME AND PERMITTING FILING OF FIRST AMENDED COMPLAINT**

Re: Dkt. Nos. 10, 11

Plaintiff Bert Law has filed a motion to continue the case management conference in this case, currently scheduled for June 18, 2026. ECF No. 10. Plaintiff has also filed an amended complaint. ECF No. 11.

A party "may amend its pleading once as a matter of course" within 21 days after that pleading is served, or within 21 days after service of a responsive pleading or motion under Federal Rule of Civil Procedure. 12. Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Here, it is not clear if all defendants have been served, but Plaintiff has not previously filed an amended pleading. Accordingly, the Court finds good cause to permit Plaintiff to file the amended complaint, docketed at ECF No. 11. Plaintiff is advised that he may not file another amended complaint without the written consent of all parties or by filing a motion for leave to amend under Rule 15 and Civil Local Rule 7.

As the amended complaint adds at least one new defendant, and service remains at issue, the Court **GRANTS** Plaintiff's motion and **CONTINUES** the case management conference to August 27, 2026 at 10:00 a.m. By August 20, 2026, the parties shall file a Joint Case Management

Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/tshorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.  All related deadlines are adjusted accordingly.

      **IT IS SO ORDERED.**

Dated: June 10, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California